**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| ANAND ROY, derivatively on behalf of HERTZ GLOBAL HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN M. SCHERR, ALEXANDRA BROOKS, COLIN FARMER, JENNIFER FEIKIN, MARK FIELDS, VINCENT J. INTRIERI, MICHAEL GREGORY O'HARA, ANDREW SHANNAHAN, THOMAS WAGNER, EVANGELINE VOUGESSIS, FRAN BERMANZOHN, and JEFFREY NEDELMAN,<br><br>Defendants,<br><br>and<br><br>HERTZ GLOBAL HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 2:24-cv-00744-KCD-KRH |

**<u>JOINT NOTICE OF RESOLUTION PURSUANT TO LOCAL RULE 3.09(a)</u>**

Co-Lead Plaintiffs Anand Roy and Joseph H. Fleischman ("Co-Lead Plaintiffs"), Nominal Defendant Hertz Global Holdings, Inc. ("Hertz" or the "Company"), and Defendants Stephen M. Scherr, Alexandra Brooks, Colin Farmer, Jennifer Feikin, Mark Fields, Vincent J. Intrieri, Michael Gregory O'Hara, Andrew Shannahan, Thomas Wagner, Evangeline Vougessis, Fran Bermanzohn, and Jeffrey Nedelman (collectively with Hertz, "Defendants," and, with Co-Lead Plaintiffs, the "Parties"), pursuant to Local Rule 3.09(a), hereby jointly inform the Court that,

following mediation with Jed Melnick, all Parties have entered into a binding Memorandum of Understanding setting forth the essential terms of a settlement to resolve this action. Pursuant to the Memorandum of Understanding, the Parties have agreed to cease all litigation activities, except those related to the negotiation of the definitive settlement agreement and any activity necessary or related to preparation for seeking preliminary approval of the settlement from the Court, as required by Rule 23.1(c).

The Parties are negotiating the definitive settlement agreement, following which Co-Lead Plaintiffs will file a motion for preliminary approval. The Parties currently expect that Co-Lead Plaintiffs will be in a position to file a motion for preliminary approval within 45 days of this Notice. The Parties are available at the Court's convenience should further or additional information be necessary or helpful to the Court.

Dated: October 8, 2026

Respectfully submitted,

**LAW OFFICE OF JOSE D. SOSA, P.C. LLP**

*/s/ Jose D. Sosa*
Jose D. Sosa, Esq.
1141 Via Jardin
Palm Beach Gardens, Florida 33418
Telephone: (561) 670-8237
pepe@pepesosalaw.com
sosalaw@yahoo.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown, Esq. (co-lead counsel)
(admitted *pro hac vice*)
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Telephone: (516) 922-5427
Fax: (516) 344-6204
tbrown@thebrownlawfirm.net

**EGGNATZ | PASCUCCI**
Joshua H. Eggnatz, Esq.
Fl. Bar No. 67926
Michael J. Pascucci, Esq.
Fl. Bar No. 83397
7450 Griffin Road, Suite 230
Davie, FL 33314
Telephone: (954) 889-3359
jeggnatz@justiceearned.com
mpascucci@justiceearned.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna (co-lead counsel)
Gregory M. Egleston (co-lead counsel)
260 Madison Ave., 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
tjmckenna@gme-law.com
gegleston@gme-law.com

*Attorneys for Co-Lead Plaintiffs Anand Roy and Joseph H. Fleischman*

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Traci T. McKee*
Traci T. McKee (FBN 53088)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Telephone: (239) 286-6900
traci.mckee@faegredrinker.com

**DAVIS POLK & WARDWELL LLP**
Edmund Polubinski (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telelphone: (212) 450-4000
edmund.polubinski@davispolk.com

*Attorneys for Individual Defendants and Nominal Defendant Hertz Global Holdings, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion was filed electronically with the Clerk of the Court via the CM/ECF system and served on all parties of record on October 8, 2026.

*/s/ Traci T. McKee*
Traci T. McKee